IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**WILLIAM C. PLOUFFE, JR.**                                                   **PLAINTIFF**

**V.**                                         **4:08CV1778 JMM**

**STARK LIGON, Executive Director, Office of
Professional Conduct, Arkansas Supreme Court
Committee on Professional Conduct, in his
official capacity**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on December 1, 2008, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 1st day of December 2008.

_____
James M. Moody
United States District Judge